**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| KALSHIEX LLC,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Civil Action No: 1:26-cv-00327 |
| ) | |
| MARK FURCOLO, in his official capacity as  ) | |
| Director of the Division of State Lottery;  ) | |
| PETER F. NERONHA, in his official  ) | |
| capacity as Rhode Island Attorney General;  ) | |
| CHRISTINA TOBIASZ, in her official  ) | |
| capacity as Gaming and Athletic  ) | |
| Administrator, Department of Business  ) | |
| Regulation,  ) | |
| ) | |
| Defendants.  ) | |
| ) | |

**CORPORATE DISCLOSURE STATEMENT OF KALSHIEX LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff KalshiEX LLC, states that it is a non-governmental corporate party and that it does not have a parent corporation, nor is there any publicly-held corporation that owns 10% or more of its stock.

Dated:  May 21,2026 Respectfully Submitted

*/s/ Ryan M. Gainor*
Ryan M. Gainor (#9353)
Mackenzie C. McBurney (#10098)
Hinckley, Allen & Snyder LLP
100 Westminster Street, Suite 1500
Providence, RI  02903-2319
T:  (401) 274-2000
F:  (401) 277-9600
rgainor@hinckleyallen.com
mmcburney@hinckleyallen.com

and

Neal Katyal (*pro hac vice* forthcoming)
Joshua B. Sterling (*pro hac vice* forthcoming)
Colleen E. Roh Sinzdak (*pro hac vice* forthcoming)
William E. Havemann (*pro hac vice* forthcoming)
**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

Grant R. Mainland (*pro hac vice* forthcoming)
Andrew L. Porter (*pro hac vice* forthcoming)
Matthew J. Laroche (*pro hac vice* forthcoming)
Nicole D. Valente (*pro hac vice* forthcoming)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

*Attorneys for Plaintiff KalshiEX LLC*