**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| KALSHIEX LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| MARK FURCOLO, in his official capacity as ) | C.A. No. 1:26-cv-00337-MSM-PAS |
| Director of the Division of State Lottery; ) | |
| PETER F. NERONHA, in his official ) | ORAL ARGUMENT REQUESTED |
| capacity as Rhode Island Attorney General; ) | |
| CHRISTINA TOBIASZ, in her official ) | |
| capacity as Gaming and Athletics ) | |
| Administrator, Department of Business ) | |
| Regulation, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| **REQUEST FOR** ) | |
| **EMERGENCY/EXPEDITED RELIEF –** ) | |
| **TEMPORARY RESTRAINING ORDER** ) | |
| ) | |
| ) | |

**PLAITNIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**
**AND PRELIMINARY INJUNCTION**

Plaintiff KalshiEX LLC ("Kalshi"), pursuant to Federal Rule of Civil Procedure 65, moves

for a preliminary injunction and a temporary restraining order to restrain the Defendants, Mark

Furcolo, in his official capacity as Director of the Division of State Lottery; Peter F. Neronha, in

his official capacity as Rhode Island Attorney General; and Christina Tobiasz, in her official

capacity as Gaming and Athletics Administrator, Department of Business Regulation

("Defendants") from (1) pursuing any state action, including the one filed late yesterday after

Kalshi had already filed this case, against Kalshi and its affiliates concerning trading on Kalshi's

DCM; and (2) any other relief deemed appropriate by this Court.  In support of its motion, Kalshi states as follows:

1.    Kalshi is a designated contract market ("DCM") regulated by the Commodity Futures Trading Commission ("CFTC").  The Commodity Exchange Act ("CEA") provides that the CFTC shall have exclusive jurisdiction to regulate DCMs like Kalshi.

2.    Kalshi filed this lawsuit because Defendants intend to enforce preempted Rhode Island state laws against Kalshi.

3.    The grounds for Kalshi's requested relief are further described in the contemporaneously filed Memorandum in Support of its Motion for Preliminary Injunction and Temporary Restraining Order.

4.    Further, in support of this Motion and Brief in Support, Kalshi submits the Declarations of Andrew L. Porter and Xavier Sottile.

5.    Kalshi respectfully requests oral argument before the Court on the issues raised herein.

WHEREFORE, Kalshi respectfully requests oral argument on these issues and prays that the Court enters an Order that preliminarily enjoins Defendants from pursuing any state action, including the one filed late yesterday, against Kalshi and its affiliates concerning trading on Kalshi's DCM; and that provides other relief as is equitable under the circumstances.

Dated:  May 22, 2026

Plaintiffs

KALSHIEX LLC,

By their Attorneys

*/s/ Ryan M. Gainor*
Ryan M. Gainor (#9353)
Mackenzie C. McBurney (#10098)
Hinckley, Allen & Snyder LLP
100 Westminster Street, Suite 1400
Providence, RI  02903-2319
T:  (401) 274-2000
F:  (401) 277-9600
rgainor@hinckleyallen.com
mmcburney@hinckleyallen.com

and

Neal Katyal (*pro hac vice* forthcoming)
Joshua B. Sterling (*pro hac vice* forthcoming)
Colleen Roh Sinzdak (*pro hac vice* forthcoming)
William E. Havemann (*pro hac vice* forthcoming)
**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

Grant R. Mainland (*pro hac vice* forthcoming)
Andrew L. Porter (*pro hac vice* forthcoming)
Matthew J. Laroche (*pro hac vice* forthcoming)
Nicole D. Valente (*pro hac vice* forthcoming)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

*Attorneys for Plaintiff KalshiEX LLC*

3

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing document was filed through the ECF system on May 22, 2026 and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.


          *Ryan M. Gainor*
          Ryan M. Gainor