**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| KALSHIEX LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARK FURCOLO, in his official capacity as | ) |
| Director of the Division of State Lottery; | ) C.A. No. 26-cv-00337-MSM-PAS |
| PETER F. NERONHA, in his official | ) |
| capacity as Rhode Island Attorney General; | ) |
| CHRISTINA TOBIASZ, in her official | ) |
| capacity as Gaming and Athletics | ) |
| Administrator, Department of Business | ) |
| Regulation, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**DECLARATION OF ANDREW L. PORTER**

I, Andrew L. Porter, declare as follows:

1.    I am a member of the law firm Milbank LLP, counsel to Plaintiff KalshiEX LLC ("Kalshi") in the above-captioned action.  I submit this declaration in support of Plaintiff's Motion in Support of a Preliminary Injunction and Temporary Restraining Order.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of the Transcript of Oral Argument at 12:18–13:7, *KalshiEX LLC v. Johnson*, No. 2:26- cv-01715- MTL (D. Ariz. Apr. 10, 2026).

3.    Attached hereto as **Exhibit 2** is a true and correct copy of the email correspondence I sent to Patrick Dolan, Adi Goldstein, Mark Furcolo, and Christina Tobiasz, beginning on May 21, 2026.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

DATED: May 22, 2026.

 */s/ Andrew L. Porter*
Andrew L. Porter