# EXHIBIT 2

| **From:** | Porter, Andrew |
|---|---|
| **To:** | PDolan@riag.ri.gov; agoldstein@riag.ri.gov; mfurcolo@rilot.ri.gov; christina.tobiasz@dbr.ri.gov; ksabatini@riag.ri.gov |
| **Cc:** | Sterling, Joshua; Havemann, Will; Mainland, Grant; Valente, Nicole; rgainor@hinckleyallen.com; mmcburney@hinckleyallen.com |
| **Subject:** | Re: KalshiEX LLC v. Furcolo et. al. |
| **Date:** | Friday, May 22, 2026 12:15:18 PM |

Counsel,

We were disappointed that rather than respond to my email of yesterday the State elected to respond to Kalshi's suit by filing an action in state court. We note that in contrast to our approach, you did not notify us of the State's filing. Instead, we learned of it through press (who were apparently alerted to the filing prior to it being available on a public docket).

In light of the state's filing we will be imminently filing a motion for a temporary restraining order and preliminary injunction in the District of Rhode Island.

Andrew

Andrew Porter | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5361
APorter@milbank.com | milbank.com

---

**From:** Porter, Andrew
**Sent:** Thursday, May 21, 2026 12:55:59 PM
**To:** PDolan@riag.ri.gov <PDolan@riag.ri.gov>; agoldstein@riag.ri.gov <agoldstein@riag.ri.gov>; mfurcolo@rilot.ri.gov <mfurcolo@rilot.ri.gov>; christina.tobiasz@dbr.ri.gov <christina.tobiasz@dbr.ri.gov>
**Cc:** Sterling, Joshua <jsterling@milbank.com>; Havemann, Will <whavemann@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Valente, Nicole <nvalente@milbank.com>; rgainor@hinckleyallen.com <rgainor@hinckleyallen.com>; mmcburney@hinckleyallen.com <mmcburney@hinckleyallen.com>
**Subject:** KalshiEX LLC v. Furcolo et. al.

All,

On behalf of our client KalshiEX LLC ("Kalshi"), please see the attached complaint, which was filed today in the United States District Court for the District of Rhode Island.

Kalshi intends to seek both a temporary restraining order, and a preliminary injunction, barring Defendants from enforcing preempted state laws against Kalshi. To avoid burdening the Court

and parties with unnecessary motion practice, please inform us as soon as possible, and in all circumstances prior to **4:00 pm EST on May 22, 2026**, if Defendants will agree not to seek enforcement against Kalshi either while the newly-filed action is pending (avoiding the need for Kalshi to seek both a temporary restraining order and preliminary injunction), or while Kalshi's motion for a preliminary injunction is pending (avoiding the need for Kalshi to seek a temporary restraining order).

We have had productive conversations with a number of other states in similar circumstances, and welcome the chance to speak with appropriate representatives for Rhode Island.  We are happy to arrange a call.  You can also reach me directly at 212-530-5361.

Additionally, please tell us who future correspondence on this matter should be directed to.

Best,
Andrew

Andrew Porter | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5361
APorter@milbank.com | milbank.com