**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| KALSHIEX LLC,<br><br>                          Plaintiff,<br><br>and<br><br>UNITED STATES OF AMERICA<br>and COMMODITY FUTURES TRADING<br>COMMISSION<br><br>                          Proposed<br>                          Plaintiff-<br>                          Intervenors<br><br>                   v.<br><br>MARK FURCOLO, in his official capacity as<br>Director of the Division of State Lottery;<br>PETER F. NERONHA, in his official capacity<br>as Rhode Island Attorney General;<br>CHRISTINA TOBIASZ, in her official capacity<br>as Gaming and Athletics Administrators,<br>Department of Business Regulation,<br><br>                          Defendants. | Case No. 1:26-cv-00327<br><br>**ORAL ARUGMENT<br>REQUESTED** |

**PROPOSED PLAINTIFF-INTERVENORS'
MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65(a), Proposed Plaintiff-Intervenors the

United States of America and the Commodity Futures Trading Commission ("Commission" or

"CFTC") hereby file a motion for a preliminary injunction to enjoin Defendants from enforcing

Rhode Island state law against CFTC-registered Designated Contract Markets ("DCMs") that offer

event contracts. As set forth in the accompanying Memorandum of Law, the event contracts that

Rhode Island seeks to ban are "swaps" under the Commodity Exchange Act, and transactions

involving swaps that are traded on DCMs are committed by statute to the Commission's "exclusive

1

jurisdiction." 7 U.S.C. § 2(a)(1)(A). Rhode Island law is therefore preempted as applied to event contracts traded on DCMs.

Although Intervenors recognize that the Court has not yet ruled on their pending intervention motion, given the expedited nature of briefing on Plaintiff KalshiEX's ("Kalshi's") motion for preliminary injunction (Dkt. No. 5), Intervenors file this motion to provide the Court with an opportunity to consider it (and allow other parties to respond) in the course of the existing briefing schedule, rather than creating additional delays. *See* Text Order (May 26, 2026).[1] Moreover, this motion does not prejudice other parties to the litigation because Intervenors seek substantially similar relief to Kalshi's motion, the primary difference being that the Intervenors seek an injunction prohibiting enforcement of state law as to event contracts traded on all DCMs, not simply event contracts traded on Kalshi.

Intervenors respectfully request oral argument on the issues raised in this Motion. This Court has already set oral argument on Kalshi's motion for July 16, 2026, and Intervenors would welcome the opportunity to participate in that hearing.

---

[1] This Court has authority to consider Proposed Plaintiff-Intervenors' motion for intervention alongside their motion for a preliminary injunction. *See, e.g.*, *Union Steel v. United States*, 617 F. Supp. 2d 1373, 1375 (CIT 2009) (simultaneously granting intervenor's motion to intervene and for preliminary injunction); *Smith v. Board of Election Commissioners for City of Chicago,* 586 F. Supp. 309, 311 (N.D. Ill. 1984) (ruling on intervention and preliminary-injunction motions simultaneously); *see also West Flagler Assocs., Ltd. v. Haaland*, 71 F.4th 1059, 1071 (D.C. Cir. 2023) (finding the district court did not commit an error by ruling on the proposed intervenor's motions to intervene and for summary judgment in the same order).

Dated: May 29, 2026

Respectfully Submitted,

*/s/ Tiberius Davis*
Tiberius Davis (DC Bar No. 90020605)

*/s/ M. Jordan Minot*
M. Jordan Minot (DC Bar No. 1722554)

*Attorneys for the United States of America*

*Attorneys for the Commodity Futures Trading Commission*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TYLER S. BADGLEY
General Counsel
M. JORDAN MINOT
Deputy General Counsel

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

HENRY J. DICKMAN
Senior Assistant General Counsel
ANDREW WEISBERG
Senior Assistant General Counsel

TIBERIUS DAVIS
Counsel to the Assistant Attorney General
450 5th St. NW
Washington, DC 20001
Tel:  202-860-8970
tiberius.davis@usdoj.gov

MARGARET P. AISENBREY
Senior Assistant General Counsel

U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581
Tel:  (202) 209-1087
Fax:  (202) 418-5567
tbadgley@cftc.gov
jminot@cftc.gov
hdickman@cftc.gov
aweisberg@cftc.gov
maisenbrey@cftc.gov

ALEXANDRA McTAGUE
Senior Litigation Counsel
Tel:  202-718-0483
alexandra.mctague2@usdoj.gov