**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| KALSHIEX LLC,<br><br>        Plaintiff,<br><br>and<br><br>UNITED STATES OF AMERICA<br>& COMMODITY FUTURES TRADING<br>COMMISSION<br><br>        Proposed Plaintiff-Intervenors,<br><br>v.<br><br>MARK FURCOLO, in his official capacity as Director of the Division of State Lottery; PETER F. NERONHA, in his official capacity as Rhode Island Attorney General; and CHRISTINA TOBIASZ, in her official capacity as Gaming and Athletics Administrator, Department of Business Regulation<br><br>        Defendants. | C.A. No. 1:26-cv-00327-MSM-PAS |

## <u>CONSENT MOTION TO CONSOLIDATE CASES</u>

Pursuant to Federal Rule of Civil Procedure 42(a), the parties in the above-captioned case respectfully request that the Court consolidate this matter with Case No. 1:26-cv-00333-MSM-PAS. The actions involve common questions of law and fact and arise from the same underlying circumstances. Consolidation will promote judicial economy, avoid duplicative proceedings, conserve the resources of the Court and the parties, and eliminate the risk of inconsistent rulings. Consolidation is also appropriate here because the State of Rhode Island will not seek to remand Case No 1:26-cv-00333-MSM-PAS.

1

All parties consent to this motion.  Accordingly, the parties respectfully request that the Court consolidate these actions and designate Case No. 1:26-cv-00327-MSM-PAS as the lead case for all further proceedings.

Dated: June 5, 2026

Respectfully submitted,

| For the Plaintiffs, | For the Defendants, |
|---|---|
| KALSHIEX LLC, | MARK FURCOLO, in his official capacity as Director of the Division of State Lottery; PETER F. NERONHA, in his official capacity as Rhode Island Attorney General; and CHRISTINA TOBIASZ, in her official capacity as Gaming and Athletics Administrator, Department of Business Regulation |
| */s/ Mackenzie C. McBurney* | |
| Ryan M. Gainor (#9353) | |
| Mackenzie C. McBurney (#10098) | |
| Hinckley, Allen & Snyder LLP | |
| 100 Westminster Street, Suite 1400 | |
| Providence, RI 02903-2319 | |
| T: (401) 274-2000 | |
| F: (401) 277-9600 | By Their Attorney, |
| rgainor@hinckleyallen.com | PETER F. NERONHA |
| mmcburney@hinckleyallen.com | ATTORNEY GENERAL |
| and | */s/ Patrick J. Dolan* |
| | Patrick J. Dolan |
| Neal Katyal (*pro hac vice*) | Special Assistant Attorney General |
| Joshua B. Sterling (*pro hac vice*) | 150 South Main St. |
| Colleen Roh Sinzdak (*pro hac vice*) | Providence, RI 02903 |
| William E. Havemann (*pro hac vice*) | (401) 274-4400 |
| **MILBANK LLP** | pdolan@riag.ri.gov |
| 1101 New York Avenue NW | |
| Washington, DC 20005 | |
| Telephone: 202-835-7500 | |
| Facsimile: 202-263-7586 | |
| Grant R. Mainland (*pro hac vice*) | |
| Andrew L. Porter (*pro hac vice*) | |
| Matthew J. Laroche (*pro hac vice*) | |
| Nicole D. Valente (*pro hac vice*) | |
| **MILBANK LLP** | |
| 55 Hudson Yards | |

New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

QCX, LLC d/b/a Polymarket US,

*/s/ Matthew H. Parker*
WHELAN CORRENTE & FLANDERS LLP

Matthew H. Parker (#8111)
100 Westminster Street, Suite 710
Providence, RI 02903
Telephone: 401.270.4500
Fax: 401.270.3760
mparker@whelancorrente.com

Orin Snyder*
Matt Benjamin*
Amanda LeSavage*
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000
osnyder@gibsondunn.com
mbenjamin@gibsondunn.com
alesavage@gibsondunn.com

Thomas H. Dupree, Jr.*
Jacob T. Spencer*
Adam I. Steene*
GIBSON DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
tdupree@gibsondunn.com
jspencer@gibsondunn.com
asteene@gibsondunn.com

*Applications for pro hac vice forthcoming

UNITED STATES OF AMERICA
and COMMODITY FUTURES
TRADING COMMISSION

*/s/ M. Jordan Minot*
M. Jordan Minot (DC Bar No. 1722554)

*Attorneys for the Commodity Futures Trading Commission*
TYLER S. BADGLEY
General Counsel
M. JORDAN MINOT
Deputy General Counsel
HENRY J. DICKMAN
Senior Assistant General Counsel
ANDREW WEISBERG
Senior Assistant General Counsel
MARGARET P. AISENBREY
Senior Assistant General Counsel

U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581
Tel: (202) 209-1087
Fax: (202) 418-5567
tbadgley@cftc.gov
jminot@cftc.gov
hdickman@cftc.gov
aweisberg@cftc.gov
maisenbrey@cftc.gov

4

## **CERTIFICATION**

I hereby certify that I filed the within document on this 5th day of June 2026 via the ECF filing system and that a copy is available for viewing and downloading.

*/s/ Michael Collins*