KALSHIEX LLC,

     Plaintiff,

v.

MARK FURCOLO, in his official capacity as Director of the Division of State Lottery; PETER F. NERONHA, in his official capacity as Rhode Island Attorney General; and CHRISTINA TOBIASZ, in her official capacity as Gaming and Athletics Administrator, Department of Business Regulation

     Defendants.

C.A. No. 1:26-cv-00327-MSM-PAS

## JOINT RESPONSE TO MOTION TO INTERVENE BY THE COMMODITY FUTURES TRADING COMMISSION AND THE UNITED STATES OF AMERICA

The State of Rhode Island and KalshiEx LLC submit this joint response to the Court's order of June 1, 2026, directing the parties to respond to the motion to intervene filed by the Commodity Futures Trading Commission and the United States of America. Kalshi consents to intervention, and the State of Rhode Island does not oppose the motion.

1

Dated: June 5, 2026


Respectfully submitted,

For the Plaintiffs,

KALSHIEX LLC,

*/s/ Mackenzie C. McBurney*
Ryan M. Gainor (#9353)
Mackenzie C. McBurney (#10098)
Hinckley, Allen & Snyder LLP
100 Westminster Street, Suite 1400
Providence, RI 02903-2319
T: (401) 274-2000
F: (401) 277-9600
rgainor@hinckleyallen.com
mmcburney@hinckleyallen.com

and

Neal Katyal (*pro hac vice*)
Joshua B. Sterling (*pro hac vice*)
Colleen Roh Sinzdak (*pro hac vice*)
William E. Havemann (*pro hac vice*)
**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

Grant R. Mainland (*pro hac vice*)
Andrew L. Porter (*pro hac vice*)
Matthew J. Laroche (*pro hac vice*)
Nicole D. Valente (*pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

For the Defendants,

MARK FURCOLO, in his official capacity as Director of the Division of State Lottery; PETER F. NERONHA, in his official capacity as Rhode Island Attorney General; and CHRISTINA TOBIASZ, in her official capacity as Gaming and Athletics Administrator, Department of Business Regulation


By Their Attorney,
PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Patrick J. Dolan*
Patrick J. Dolan
Special Assistant Attorney General
150 South Main St.
Providence, RI 02903
(401) 274-4400
pdolan@riag.ri.gov

# **CERTIFICATION**

I hereby certify that I filed the within document on this 5th day of June 2026 via the ECF filing system and that a copy is available for viewing and downloading.

*/s/ Michael Collins*