**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| KALSHIEX LLC *et al.* | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-327 |
| | ) | |
| FURCOLO *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF ATTORNEYS

Attorney Alexandra McTague Schulte of the U.S. Department of Justice hereby withdraws from representation of Intervenor United States of America in this matter because she is leaving the Department of Justice at the end of this month.

Attorney Yaakov Roth should also be withdrawn from representation of Intervenor United States of American in this matter because he left the Department of Justice as of June 12, 2026.

Attorney Tiberius Davis, who has appeared on behalf of the United States, will continue to represent the United States in this matter.

The undersigned attorney also respectfully requests that she and Yaakov Roth both be removed from all ECF notifications in this matter.

Respectfully submitted,

*s/ Alexandra McTague Schulte*
Alexandra McTague Schulte
Senior Litigation Counsel
U.S. Department of Justice Civil Division
Enforcement & Affirmative Litigation
P.O. Box 386
Washington, D.C. 20044
alexandra.schulte@usdoj.gov